1 | THORNTON DAVIDSON, #166487
2 | ROBERT J. ROSATI, #112006
   | The ERISA Law Group
   | 2055 San Joaquin Street
3 | Fresno, California 93721-2717
   | Telephone: (559) 256-9800
4 | Facsimile: (559) 256-9795
   | thornton@erisalg.com
5 | robert@erisalg.com

6 | Attorneys for Plaintiff,
   | PAMELA LOFGREN

7 |
   | SEAN P. NALTY, #121253
8 | CHRISTNA R. VAN WERT, #242741
   | WILSON, ELSER, MOSKOWITZ,
9 |    EDELMAN & DICKER LLP
   | 525 Market Street, 17th Floor
10 | San Francisco, California 94105
   | Telephone: (415) 433-0990
11 | Telefax: (415) 434-1370
   | sean.nalty@wilsonelser.com
12 | christina.vanwert@wilsonelser.com

13 | Attorneys for Defendant,
   | EQUITY OFFICE WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PAMELA LOFGREN, | ) |
| | ) Case No.: 09-cv-04308 SBA |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL** |
| EQUITY OFFICE WELFARE BENEFIT PLAN, | ) |
| | ) |
| Defendant. | ) |

///

///

///

STIPULATION AND ORDER FOR DISMISSAL
CASE NO. 09-CV-04308 SBA

1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff PAMELA LOFGREN and Defendant EQUITY OFFICE WELFARE BENEFIT PLAN, having settled the matter, by and though their attorneys of record, hereby stipulate to dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: July 6, 2010                                    /s/ *Thornton Davidson*
                                                       THORNTON DAVIDSON
                                                       Attorney for Plaintiff, PAMELA LOFGREN

Dated: July 6, 2010                                    /s/ *Robert J. Rosati*
                                                       ROBERT J. ROSATI
                                                       Attorney for Plaintiff, PAMELA LOFGREN

Dated: July 6, 2010                                    /s/ *Sean P. Nalty*
                                                       SEAN P. NALTY
                                                       Attorney for Defendant, EQUITY OFFICE
                                                       WELFARE BENEFIT PLAN

Dated: July 6, 2010                                    /s/ *Christina R. Van Wert*
                                                       CHRISTINA R. VAN WERT
                                                       Attorney for Defendant, EQUITY OFFICE
                                                       WELFARE BENEFIT PLAN

ORDER

IT IS SO ORDERED.

Dated: 7/6/10                                          _____
                                                       HONORABLE SAUNDRA B. ARMSTRONG
                                                       UNITED STATES DISTRICT COURT JUDGE